## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 8-16-CV-393-T-24JSS

Plaintiff:
**RICHARD M. DAUVAL, et al.**
vs.

Defendant:
**SYNCHRONY BANK, f/k/a GE CAPITAL RETAIL BANK**

Received by Legal Transporters on the 2nd day of March, 2016 at 2:05 pm to be served on **Synchrony Bank f/k/a GE Capital Retail Bank, 170 West Election Road, Suite 125, Draper, UT 84020.**

I, Charles J. Reardon, do hereby affirm that on the **3rd day of March, 2016** at **12:30 pm**, I:

served a **BUSINESS ENTITY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; VERIFIED COMPLAINT; EXHIBITS; NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05 AND ORDER REQUIRING ELECTRONIC FILING; NOTICE; CASE MANAGEMENT REPORT; NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE** with the date and hour of service endorsed thereon by me, to: **Bryce Welch** as **Administration** for **Synchrony Bank f/k/a GE Capital Retail Bank**, at the address of: **170 West Election Road, Suite 125, Draper, UT 84020**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: Cauc, Height: 5'10", Weight: 145, Hair: Brown, Glasses: N

I certify that I am over the age of 21 and have no interest in the above action.
UCA 78B-5-705: I Declare under criminal penalty of the State of Utah that the foregoing is true and correct.

Charles J. Reardon
Process Server

**Legal Transporters**
12360 66th Street N
Suite L
Largo, FL 33773
(727) 466-4659

Our Job Serial Number: WAI-2016000888
Ref: 328

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2016 FEB 19 PM 12:03

| | |
|---|---|
| RICHARD M. DAUVAL, Trustee for the estate of TONY H. ULRICH and TAMMY L. ULRICH <br> *Plaintiff* <br> v. <br> SYNCHRONY BANK, f/k/a GE CAPITAL RETAIL BANK <br> *Defendant* | Civil Action No. <br> 8:16-CV-393-T-24JSS |

CR
3/3/16
12:30pm

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Synchrony Bank
f/k/a GE Capital Retail Bank
c/o Margaret Keane, President and CEO
170 West Election Road, Suite 125
Draper, UT 84020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ian R. Leavengood, Esq., Aaron M. Swift, Esq., Gregory H. Lercher, Esq., and
Sara J. Weiss, Esq.
Leavengood, Dauval, Boyle & Meyer, P.A., d/b/a LeavenLaw
3900 First Street North, Suite 100
St. Petersburg, FL 33703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 1 9 2016

*Signature of Clerk or Deputy Clerk*