UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD M. DAUVAL, Trustee for
the Estate of TONY H. ULRICH and
TAMMY L. ULRICH,                                              Case No.: 8:16-cv-00393-SCB-JSS

       Plaintiff,
v.

SYNCHRONY BANK,
f/k/a GE CAPITAL RETAIL BANK,
a foreign for-profit corporation,

       Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

**COMES NOW**, Plaintiff, RICHARD M. DAUVAL, Trustee for the Estate of TONY H. ULRICH and TAMMY L. ULRICH (hereinafter "Plaintiff"), by and through the undersigned counsel pursuant to Local Rule 3.08, Middle District of Florida, and hereby submits this *Notice of Pending Settlement* and states:

    1.    Plaintiff and Defendant, SYNCHRONY BANK, f/k/a GE CAPITAL RETAIL BANK (hereinafter "Defendant"), reached a settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

    2.    Upon execution of a mutually-agreeable settlement agreement and release—and compliance with its terms—undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

Submitted this 26th day of October 2016.

    Respectfully submitted,

    **LEAVENLAW**

    /s/ *Aaron M. Swift*
    **Ian R. Leavengood, Esq., FBN 010167**
    **Aaron M. Swift, Esq., FBN 093088**
    **Gregory H. Lercher, Esq., FBN 106991**
    **Sara J. Weiss, Esq., FBN 115637**
    Northeast Professional Center
    3900 First Street North, Suite 100
    St. Petersburg, FL 33703
    Phone: (727) 327-3328
    Fax: (727) 327-3305
    consumerservice@leavenlaw.com
    aswift@leavenlaw.com
    glercher@leavenlaw.com
    sweiss@leavenlaw.com
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically served a copy of the foregoing *Notice of Pending Settlement* this 26th day of October 2016 to:

Lauren A. Marsicano, Esq.
Liebler, Gonzalez & Portuondo
Courthouse Tower, 25th Floor
44 West Flagler Street
Miami, FL 33130
lam@lgplaw.com
pm@lgplaw.com
service@lgplaw.com
*Attorney for Defendant*

    /s/ *Aaron M. Swift*
    Attorney