**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RICHARD M. DAUVAL, Trustee for
the Estate of TONY H. ULRICH and
TAMMY L. ULRICH,                                        Case No.: 8:16-cv-00393-SCB-JSS

       Plaintiff,
v.

SYNCHRONY BANK,
f/k/a GE CAPITAL RETAIL BANK,
a foreign for-profit corporation,

       Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiff, Richard M. Dauval (hereinafter, "Plaintiff"), Trustee for the Estate of Tony H. Ulrich and Tammy L. Ulrich, and Defendant, SYNCHRONY BANK, f/k/a GE CAPITAL RETAIL BANK (hereinafter, "Defendant"), by and through their respective undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby jointly stipulate and move the Court to dismiss all claims asserted in this action, with prejudice, with each side to bear its own costs and attorneys' fees pursuant to the terms of a confidential settlement agreement.

Respectfully submitted,

| | |
|---|---|
| **LEAVENLAW** | **LIEBLER GONZALEZ & PORTUONDO** |
| /s/ *Sara J. Weiss* | /s/ *Marc T. Parrino* |
| **Ian R. Leavengood, Esq., FBN 010167** | **Marc T. Parrino, Esq., FBN 0018197** |
| **Aaron M. Swift, Esq., FBN 093088** | Courthouse Tower- 25th Floor |
| **Gregory H. Lercher, Esq., FBN 106991** | 44 West Flagler Street |
| **Sara J. Weiss, Esq., FBN 115637** | Miami, FL 33130 |
| Northeast Professional Center | Phone: (305) 379-0400 |
| 3900 First Street North, Suite 100 | mtp@lgplaw.com |
| St. Petersburg, FL 33703 | *Attorneys for Defendant* |
| Phone: (727) 327-3328 | |

Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2017, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice* via CM/ECF which will electronically serve counsel of record:

Marc T. Parrino, Esq.
Liebler, Gonzalez & Portuondo
Courthouse Tower, 25th Floor
44 West Flagler Street
Miami, FL 33130
mtp@lgplaw.com
*Attorney for Defendant*

/s/ *Sara J. Weiss*
Attorney